NUMBER 13-04-633-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
________________________________________________________________ __

MARQUES COATS,                                                           Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
____________________________________________________________ ______

On appeal from the 148th District Court 
of Nueces County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, MARQUES COATS, perfected an appeal from a judgment entered by
the 148th District Court of Nueces County, Texas, in cause number 03-CR-2386-E(S1). Appellant has filed a motion to dismiss the appeal. The motion complies with
Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Memorandum Opinion delivered and filed this
the 16th day of December, 2004.